**GRIMM, VRANJES, McCORMICK & GRAHAM LLP**
A. Carl Yaeckel (SBN 89920)
cyaeckel@gvmglaw.com
Charles A. Phillips (SBN 120697)
cphillips@gvmglaw.com
550 West C Street, Suite 1100
Post Office Box 129012
San Diego, California 92112-9012
Telephone:  (619) 231-8802
Fax: (619) 233-6039

Attorneys for Defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINGLEY LAND COMPANY, INC., a California corporation; <br><br> Plaintiff, <br><br> vs. <br><br> NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation, and Does 1 through 40, <br><br> Defendants. <br>_____ | CASE NO:  1:09-cv-00148-LJO-SMS <br><br> **STIPULATION OF DISMISSAL AND ORDER** <br><br><br><br> Magistrate Assigned:  Sandra M. Snyder <br> Department:        7 <br> Complaint Filed:   12/08/08 <br> Removed to Federal Court: 01/20/09 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**STIPULATION OF DISMISSAL AND ORDER**                    1:09-cv-00148-LJO-SMS

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned matter be, and hereby is, dismissed, with prejudice, pursuant to F.R.C.P. Rule 41 (a) (1).  Each party to bear its own costs, including attorney's fees.

Dated: January 14, 2010          GRIMM VRANJES
                                 McCORMICK & GRAHAM, LLP

                        By:    /s/ *A. Carl Yaeckel*
                               A. Carl Yaeckel
                               Attorneys for Defendant NORTH
                               AMERICAN CAPACITY INSURANCE
                               COMPANY

Dated: January 14, 2010          McCARTNEY & ASSOCIATES

                        By:    /s/ *Thomas McCartney*
                               Thomas McCartney
                               Attorneys for Plaintiff BINGLEY LAND
                               COMPANY, INC.

The clerk of court is directed to CLOSE this action.

IT IS SO ORDERED.

**Dated:    January 14, 2010          /s/ Lawrence J. O'Neill**
                               UNITED STATES DISTRICT JUDGE

2

**STIPULATION OF DISMISSAL AND ORDER**                    1:09-cv-00148-LJO-SMS